orari to the Supreme Court of New York denied. *Mr. Neil P. Cullom* for petitioner. *Mr. G. Noyes Slayton* for respondent.

No. 354. ROSENBERG *v.* UNITED STATES. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. A. E. Hurshman* and *Everett Kent* for petitioner. *Solicitor General Thacher* and *Messrs. Whitney North Seymour, Harry S. Ridgely,* and *W. Marvin Smith* for the United States.

No. 358. PHOENIX INSURANCE CO. ET AL. *v.* NEW YORK & HARLEM R. CO. ET AL. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Wm. N. Cohen, John S. Sheppard,* and *Garrard Glenn* for petitioners. *Messrs. Jacob Aronson* and *Roy C. Gasser* for respondents.

No. 361. DAVIS *v.* NORTH CAROLINA. October 17, 1932. Petition for writ of certiorari to the Supreme Court of North Carolina denied. *Mr. Robert R. Williams* for petitioner. *Mr. Dennis G. Brummitt* for respondent.

No. 365. PARK, EXECUTOR, *v.* COMMISSIONER OF INTERNAL REVENUE. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. George M. Morris* and *Frederick L. Pearce* for petitioner. *Solicitor General Thacher, As-*